AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| AGCS Marine Insurance Company <br> *Plaintiff* <br> v. <br> Tutor Perini Corporation <br> *Defendant, Third-party plaintiff* <br> v. <br> Pacific Gas & Electric Company, a California corporation; <br> PG&E Corporation, a California corporation; <br> and General Growth Properties, Inc., a <br> Delaware Corporation and Roes 1-50 <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-cv-00544 EDL |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   GENERAL GROWTH PROPERTIES
CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DR STE 150N
SACRAMENTO CA 95833

A lawsuit has been filed against defendant   Tutor Perini Corporation  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   AGCS Marine Insurance Company

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Robert Nida, Esq./Edward Wei, Esq.
CASTLE & ASSOCIATES, APLC
8383 Wilshire Boulevard, Suite 810, Beverly Hills, CA 90211
(310) 286-3400

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dennis A. Cammarano, Esq.
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501, Long Beach, CA 90802
(562) 495-9501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   3/1/2017

CLERK OF COURT

Susan Y. Soong



*Signature of Clerk or Deputy Clerk*