Michael F. Avila SBN: 158958
AVILA LAW FIRM, APC
Rules of Civil Procedure.ite 500
Torrance, California 90503
Telephone: (310) 792-7062
Facsimile: (310) 792-7762
Email: mfa@avilalawfirm.com

Attorneys for Third Party Defendants,
GEARY-STOCKTON REALTY LLC and
GENERAL GROWTH PROPERTIES, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ACGS MARINE INSURANCE COMPANY, | Case No.:  3:17-cv-00544-WHA |
| Plaintiff, | **GENERAL GROWTH PROPERTIES, INC.'s CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| TUTOR PERINI CORPORATION; and DOES 1 TO 20, inclusive, | |
| Defendants. | |
| TUTOR PERINI CORPORATION, | |
| Third-Party-Plaintiff, | |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, a California corporation; and GENERAL GROWTH PROPERTIES, INC., a Delaware corporation; and ROES 1 through 50, inclusive, | |
| Third Party Defendants. | |

COMES NOW, Third Party Defendant, GENERAL GROWTH PROPERTIES, INC. (hereinafter "Third Party Defendant") by and through its undersigned counsel and pursuant to Civil L.R. 3-15 and Federal Rules of Civil Procedure, hereby certifies the following listed persons, association of persons, firms, partnerships, corporations (including parent corporation) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| PARTY | CONNECTION/ INTEREST |
|---|---|
| Geary-Stockton Partners LLC | Parent entity to Third Party Defendant |
| San Fran Iconi Member LLC | Partial owner of Geary-Stockton Partners LLC |
| GGP Nimbus, LP | Partial owner of Geary-Stockton Partners LLC, and owner of Westroads-Oaks, Inc. (f/k/a GGP Ivanhoe, Inc.) (REIT) |
| Westroads-Oaks, Inc. (f/k/a GGP Ivanhoe, Inc.) (REIT) | Partial owner of Geary-Stockton Partners LLC |
| 117 Preferred Stockholders | Partial owner of Westroads-Oaks, Inc. (f/k/a GGP Ivanhoe, Inc.) (REIT) |
| PA 145 MDA, LLC | Partial owner of San Fran Iconi Member LLC |
| 2013 Iconic Thrust LLC | Partial owner of San Fran Iconi Member LLC |
| The 2013 Iconic Trust | Parent entity to 2013 Iconic Thrust LLC |
| Geary-Stockton Realty LLC | Owner of the real property that the subject of this litigation. Third Party Defendant has an ownership interest in this entity. |
| Askenazy Acquisition Corp. | Partial Owner of Third Party Defendant |

/ / /

/ / /

**GENERAL GROWTH PROPERTIES, INC.'s CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1    Dated: March 27, 2017                                    **AVILA LAW FIRM, APC**

2

3                                                       By:      /s/
4                                                               Michael F. Avila
                                                                Attorneys for Third Party Defendants,
5                                                               GEARY-STOCKTON REALTY LLC and
                                                                GENERAL GROWTH PROPERTIES, INC.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 21250 Hawthorne Blvd, Suite 500, Torrance, CA 90503.

On April 13, 2017, I served true Copies of the following document(s) described as **GENERAL GROWTH PROPERTIES, INC.'s CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties in this action listed as follows:

SEE ATTACHED SERVICE LIST

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 13, 2017, at Torrance, California.

_/s/_____
Michael Avila

1

**SERVICE  LIST**

2

3

**AGCS MARINE INSURANCE COMPANY VS. TUTOR PERINI CORPORATION, ET AL.**
Case No.  3:17-cv-00544-EDL

4

Dennis A. Cammarano
CAMMARANO LAW GROUP

5

555 East Ocean Boulevard, Suite 501

6

Long Beach, California  90802
(Attorneys for  Plaintiff,  AGCS Marine Insurance Company)

7

Robert Nida

8

Edward Wei
CASTLE  &  ASSOCIATES, APC

9

A  Professional Law Corporation

10

8383 Wilshire Boulevard, Suite 810
Beverly Hills  California 90211-2425

11

(·Attorneys for Defendant/Third Party Plaintiff, Tutor Perini Corporation)

12

Theodore E. Bacon

13

Catherine S. Meulemans
Joanne C. Chan

14

ALVARADO SMITH, APC

15

235 Pine Street, Suite 1150
San Francisco, CA  94104

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL GROWTH PROPERTIES, INC.'s CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**

5
