IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AGCS MARINE INSURANCE COMPANY,

    Plaintiff,

  v.

TUTOR PERINI CORPORATION, and DOES 1 through 10, inclusive,

    Defendants.

TUTOR PERINI CORPORATION,

    Third-Party Plaintiff,

  v.

PACIFIC GAS & ELECTRIC COMPANY, a California corporation, PG&E corporation, a California corporation, and GENERAL GROWTH PROPERTIES, INC., a Delaware corporation, and ROES 1 through 50, inclusive,

    Third-Party Defendants.

AND RELATED COUNTERCLAIM.

No. C 17-00544 WHA

**ORDER MOVING CASE MANAGEMENT CONFERENCE**

Due to May 4 being inconvenient for the parties, the Court moves up the case management conference to **APRIL 27, 2017, AT 11:00 A.M.** Please file a joint case management statement no later than April 20, 2017.

**IT IS SO ORDERED.**

Dated: April 14, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE